1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                   FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   PHILLIP W. DUNN,

9            Plaintiff,              1:07-CV-0869 AWI WMW PC

10       vs.                         ORDER DISMISSING ACTION

11

12  GOV. SCHWARZENEGGER,

13           Defendants.

14   _____/

15

16       Plaintiff has filed a motion to voluntarily dismiss this action.  Specifically, Plaintiff seeks

17  to "withdraw his complaint in this court without prejudice."  Pursuant to Federal Rule of Civil

18  Procedure 41(a)1)(A)(i), Plaintiff may dismiss this action on his own motion, so long as a an

19  answer or motion for summary judgment has not been served.  There has been no service of

20  process, and no responsive pleading has not been filed.

21       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice

22  on Plaintiff's motion.  The Clerk is directed to close the case.

23

24  IT IS SO ORDERED.

25  **Dated:    July 3, 2008**                      **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE
26

1